Orange County Clerk - Court Records Search

## 2023-CC-012795-O : ABDUL CRAWFORD vs. NORTH AMERICAN CREDIT SERVICES INC

| | | | |
|---|---|---|---|
| Case Type: | CC - County Civil $8,001 - $15,000 | Date Filed: | 7/6/2023 |
| Location: | Div 72 | UCN: | 482023CC012795A001OX |
| Judge: | Eric H DuBois | Status: | Pending |
| Citation Number: | CC - County Civil $8,001 - $15,000 | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| ABDUL CRAWFORD | Plaintiff | VICTOR ZABALETA | 561-866-3584 |
| NORTH AMERICAN CREDIT SERVICES INC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 9/6/2023 | Summons Issued Electronically as to | 2 |
| 9/5/2023 | General Standing Case Management Plan/Order | 3 |
| 7/10/2023 | Service Document Unable to be Issued | |
| | Comments: Per Admin Order No. 2021-04, a Standing Case Management Plan/Order for Streamlined or General civil cases must be submitted before summonses can be issued. Please resubmit the proposed summons along with the Case management Order separately. | |
| 7/6/2023 | Request | 9 |
| 7/6/2023 | Complaint | 9 |
| 7/6/2023 | Civil Cover Sheet | 3 |
| 7/6/2023 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 7/6/2023 | Transaction Assessment | | 310.00 |
| 7/6/2023 | Payment | CRAWFORD, ABDUL | -310.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |