# EXHIBIT A

# APPOINTMENT REQUEST

**TO:**        Centra Care

**FROM:**    Diane Novak, RN, CRRN   Work Comp Nurse Case Manager

**DATE:**    6/29/22

## PATIENT INFORMATION:

| | |
|---|---|
| Name: | Abdul Crawford |
| Address: | 2138 Wekiva Reserve Blvd.  Apopka   FL 32703 |
| Phone Number: | 332-256-2912 |
| Social Security Number: | unknown |
| Date of Birth: | 7/26/72 |
| Date of Injury: | 6/21/22 |
| Claim Number: | WCCCFL0112501 |

**TYPE OF CLAIM:** AdventHealth Work Comp
**TYPE OF APPOINTMENT:** Work status & referrals

## INSURANCE INFORMATION:

| | |
|---|---|
| Company Name/Network: | AdventHealth |
| Billing Address: | P.O. Box 6966   Portland, OR  97228 |
| Adjuster: | Carin Spitzer |
| Phone Number: | 407-357-1635 |
| Fax Number: | 866-359-3397 |
| Case Manager: | Diane Novak, RN |
| Phone & fax Number: | 407-718-1369  cell     251-405-3472  fax |

| | |
|---|---|
| Doctor Requested: | Centra Care |
| Office location: | Orlando, FL |
| Body Parts: | Multiple |
| | |
| Name of Person to contact schedule appointment: | Diane Novak |
| Phone Number: | 407-718-1369 |
| Fax Number: | 251-405-3472 |
| E-Mail: | Diane.Novak@vonacm.com |