# EXHIBIT B



**NACS**
NORTH AMERICAN CREDIT SERVICES, INC.

2810 Walker Rd • Chattanooga, TN 37421-1082
Mon - Thu: 8:00am - 7:00pm EST Fri: 8:00am - 4:45pm EST
www.nacspay.com • Toll Free: 800-467-5654

Abdul Crawford
2138 Wekiva Reserve Blvd
Apopka, FL 32703-4772

### ACCOUNT SUMMARY

| | |
|---|---|
| Letter Date: | November 8, 2022 |
| Creditor/s: | AdventHealth Medical Group East Florida |
| Date of Service: | 6/27/2022 |
| Account #: | 10773778 |
| As of November 8, 2022 you owed: | $117.55 |
| Between November 8, 2022 and today: | |
| Interest Charged: | $0.00 |
| Fees Charged: | $0.00 |
| Payments/Credits/Adjustments Total: | $0.00 |
| Total Amount of Debt Now: | $117.55 |

Your account is past due and has been placed with our office, a debt collection agency. It is our desire to assist you in resolving the balance due. Please visit www.nacspay.com to manage your account online or contact our office to discuss payment plan options at 1-800-467-5654.

Sincerely,
Collections Department, Ext 399

## PAYMENTS OPTIONS

**ONLINE**
Visit www.nacspay.com to make payment, set up payment plans or manage your account online.

**PHONE**
Use the QR Code to Self Manage your payment
Or Pay by Phone
800-467-5654



This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR CONSUMER RIGHTS

------- Please detach below and return in the enclosed envelope with your payment -------

PO BOX 182221
CHATTANOOGA, TN 37422-7221

PLEASE CHECK THE CREDIT CARD YOU WISH TO USE
☐ American Express ☐ MasterCard ☐ VISA

CARD NUMBER _____ EXP. DATE _____
CARD HOLDER NAME _____ CVV _____
SIGNATURE _____ AMOUNT ENCLOSED _____

November 8, 2022

Account #: 10773778    Balance: $117.55



Abdul Crawford
2138 Wekiva Reserve Blvd
Apopka, FL 32703-4772

MAKE CHECKS PAYABLE AND REMIT TO:
NORTH AMERICAN CREDIT SERVICES
PO BOX 182221
CHATTANOOGA, TN 37422-7221

NAC2 / 1761 - 1761F / AAT255342747    4487 / 000002358 / 000002358