

1  only person you needed to talk to with regard to all
2  these bills was Karen, the AdventHealth liaison?
3      A.  Yeah, I was instructed to speak with her with
4  anything regarding the accident.
5      Q.  Okay.
6      A.  And any paperwork.
7      Q.  So as you continued to receive these -- these
8  bills, was it frustrating, was it something that was
9  bothering you emotionally?
10     A.  It was -- it was frustrating to the point
11 where it was really stressful because I'm getting bills
12 and, even though I had a liaison, it's like it fell on
13 deaf ears.  So I had to make random calls, keep making
14 calls, and it's like -- I had a blood pressure issue at
15 that time where my blood pressure kept spiking because
16 of the pain.  And it just -- mentally, it was like I was
17 being blamed for being in the accident.  So it was
18 really frustrating that the whole time -- and then
19 actually having someone that's supposed to be taking
20 care of the bills and the bills are still coming to me,
21 that created a -- a -- a great level of -- a high level
22 of frustration.
23     Q.  Now, when you received -- you received two
24 bills from NACS, correct?
25     A.  I believe two, yes.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   Q.   Okay. And so I have one dated November 8 of
2  2022, and a second one dated December 20th of 2022. And
3  we think we referenced them before with different --
4  with different balances on them. When you received
5  those bills, did you review them to see that it listed
6  the creditor as AdventHealth Medical Group?
7   A.   Yeah. That's what prompted me to contact
8  Karen, because I saw it was coming from AdventHealth. It
9  was a different company, but it did reference the
10 creditors as AdventHealth Medical Group.
11  Q.   Right. So -- so as, you know, just someone
12 receiving these bills, did you have any reason to think
13 that you should contact NACS, if you already had Karen
14 in place?
15  A.   No, absolutely not because I was actually
16 instructed by AdventHealth to just contact that liaison.
17 In the hospital I was contacted and said anything that I
18 had correspondence or any needs or anything to contact
19 the -- the liaison directly.
20  Q.   The conditions that you -- you -- or the
21 injuries that you suffered in the accident, the impact
22 that it had on your overall health, did any of the
23 people treating you or any of the doctors say that
24 stress could be a problem with regard to your condition
25 and/or recovery from them?


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1           MR. KOHLMYER:  Object to form.
2           THE WITNESS:  Yes.  Especially with the
3      hypertension.  They told me basically to abstain
4      completely from stress, any high stress situations
5      or anything that would actually, you know, elevate
6      my pressure.
7           BY MR. HERMAN:
8       Q.   And receiving these bills from AdventHealth,
9  was that something that was stressful
10      A.   Completely.  Completely stressful.
11      Q.   When you received -- I'm sorry.
12      A.   No.  I said completely stressful because they
13 were ongoing.  It's not like it was a bill here and
14 there.  They -- they were always coming.
15      Q.   So then when you get a bill from NACS which
16 states that they are in fact a debt collector on behalf
17 of AdventHealth, did that provide additional stress to
18 you?
19      A.   Well, I didn't want to answer random calls
20 from the telephone, and I didn't want to basically -- I
21 mean, it affected me me because I -- you know, it
22 affected me -- my relationship at AdventHealth as well,
23 because I was calling them so much that it created some
24 discontent and that stressed me out as -- as -- as -- as
25 well, because I'm --


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL** 32801
**JACKSONVILLE, FL** 32256
**TAMPA, FL** 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS