EXHIBIT E

6/4/24, 3:29 PM  License Details



### License Details

Press "Search Results" to return to the Search Results list.

Press "New Search Criteria" to do another search of this type.

Press "New Search" to start a new search.

**License Number: CCA0900472**  *Current Date: 06/04/2*

| | |
|---|---|
| Name: | NORTH AMERICAN CREDIT SERVICES INC |
| License Type: | Consumer Collection Agency |
| License Status: | Current Active Registration |
| License Status Effective Date: | 11/14/2023 |
| Expiration Date: | 12/31/2024 |
| Original Date of Licensure: | 06/20/2003 |

### Addresses

**Business Main Address**

| | |
|---|---|
| Address | 2810 WALKER ROAD<br>CHATTANOOGA , TN<br>HAMILTON<br>37421<br>View on a map |
| Phone Number: | 4238945654 |

**Mailing Address**

| | |
|---|---|
| Address | P O BOX 182221<br>CHATTANOOGA , TN<br>HENRY<br>37422-7221<br>View on a map |

Search Results    New Search Criteria    New Sea

© 2023 Tyler Technologies Version:2.11.6.85 (flofr 60)

https://real.flofr.gov/datamart/details.do?selector=false&selectorType=&selectorReturnUrl=&anchor=4b9a9ae.0.0    1/1