UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-01780-RBD-DCI

**ABDUL CRAWFORD,**

      Plaintiff,

v.

**NORTH AMERICAN CREDIT SERVICES INC**,

      Defendants.

_____/

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION IN LIMINE**

Abdul Crawford ("Plaintiff") submits this *Unopposed* Motion to Extend Deadline to File Response to Motion in Limine and, in support thereof, states:

1. On September 25, 2024, Defendant filed its Motion in Limine outlining four issues on which it seeks to exclude or limit evidence or testimony at trial. [ECF No. 47]

2. The Court's Scheduling Order requires responses to the motions in limine to be filed within seven days. [ECF No. 18].

3. Mistakenly relying on Local Rule 3.01, Plaintiff's counsel had miscalendared the deadline for the filing of Plaintiff's response to Defendant's motion in limine.

4. In order to fully address the arguments raised by Defendant, Plaintiff respectfully requests the Court to grant this motion and extend the time to file Plaintiff's response in opposition to Defendant's motion in line to October 9, 2024.

5. Prior to the submission of this Motion, counsel for Plaintiff conferred with counsel for Defendant regarding the extension sought by Plaintiff, whereby counsel for Defendants advised Plaintiff's extension request *was not* opposed.

6.     The extension sought herein by Plaintiff is not for purposes of delay and will not otherwise prejudice Defendant, as Defendant does not oppose the extension sought by Plaintiff.

7.     The requested extension will not disrupt or delay the case or affect other deadlines.

WHEREFORE, Plaintiff, respectfully, asks this Court to extend the current deadline to respond to Defendant's Motion in Limine by seven (7) days, to October 9, 2024.

### CERTIFICATE OF CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendant regarding the extension sought herein by Plaintiff and counsel for Defendant advised that Defendant *does not* oppose the extension sought by Plaintiff.

DATED: October 2, 2024

Respectfully Submitted,

s/ Scott D. Owens
Scott D. Owens, Esq. (FBN 0597651)
SCOTT D. OWENS, P.A.
2750 N. 29th Ave., Suite 209A
Hollywood, Florida 33020
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Scott D. Owens
Scott D. Owens, Esq.
