UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDUL CRAWFORD,

          Plaintiff,

Case No.: 6:23-cv-01780-RBD-DCI

v.

NORTH AMERICAN CREDIT
SERVICES, INC.,

          Defendant.
_____/

## **JOINT STIPULATION FOR DETERMINATION OF STATUTORY AND ACTUAL DAMAGE AWARD TO PLAINTIFF**

COMES NOW Defendant NORTH AMERICAN CREDIT SERVICES, INC. ("NACS") and Plaintiff, ABDUL CRAWFORD, by and through their respective undersigned counsel, and files its Joint Stipulation for the Determination of Statutory and Actual Damage award to the Plaintiff, and states as follows:

1. On October 16, 2024, the Court entered an Order denying Defendant's Motion for Summary Judgment and granting Plaintiff's Motion for Summary Judgment **[DE 56]**

2. Leaving the determination of damages the only remaining issue to be for the jury, the Parties have negotiated in good faith to reach an agreement as to the monetary amount to avoid the costs and expense of trial and for

judicial economic given the maximum statutory damages under the Fair Debt Collection Practices Act ("FDCPA").

3. The Plaintiff has agreed to accept the amount of ONE THOUSAND DOLLARS ($1,000.00) representing the award of statutory damages under the FDCPA and the amount of ONE DOLLAR ($1.00) representing the award of any and all forms of actual damages under the FDCPA.

4. The Defendant agrees to pay ONE THOUSAND AND ONE DOLLAR ($1,001.00) as the total amount of compensable damages to the Plaintiff upon the complete resolution of this case, including the exhaustion of any right of appellate review to the Eleventh Circuit of Appeal, so long as Plaintiff remains the prevailing party to this case.

5. The Parties jointly agree that such stipulation shall not be deemed as an admission of liability or waiver or any right of an appeal by the Defendant.

6. This Stipulation shall become null and void should the Defendant prevail in obtaining a reversal of the adverse ruling on summary judgment on liability and allowed to proceed to a trial on the merits, defenses and damages or a reversal as the overall prevailing party.

7. The Stipulation and amounts agreed upon have been negotiated in good faith to avoid further court intervention to determine such damages and to avoid further costs and fees to both parties.

8. The Parties jointly agree to waive any argument or claim in the determination of attorney's fees, and opposition thereto, that the amount agreed upon in this Stipulation is evidence and justification for the Court to increase or decrease the amount of the attorney's fee award.

9. Nothing in this stipulation shall be construed or interpreted as a waiver or modification of Plaintiff's existing entitlement to recover reasonable attorney's fees and costs from Defendant as the prevailing party in this action under either this Court's inherent authority or pursuant to 15 USC 1692k(a)(3).

WHEREFORE, Defendant, NORTH AMERICAN CREDIT SERVICES, INC., and Plaintiff, ABDUL CRAWFORD, respectfully requests the Court to accept this agreed amount as stipulated damages in this case. As such, the Parties request the court to remove the pending case from the December 2, 2024 trial docket.

Dated this **24th** day of **October 2024.**

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## SIGNATURES

Dated this **24th** day of **October 2024.**

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Phone: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

*/s/ Paul A. Herman, Esq.*
Paul A. Herman, Esq.
Florida Bar No. 405175
Consumer Advocates Law Group PLLC
4801 Linton Blvd Ste 11A-560
Delray Beach, FL 33445-6503
Phone: (561) 236-8851
Fax: (561) 431-2352
*paul@consumeradvocatelaw.com*

*/s/ Thomas Patti, Esq.*
Thomas Patti, Esq.
Florida Bar No. 118377
E-mail: *Tom@pz1g.legal*
Victor Zabaleta, Esq.
E-mail*: Victor@pz1g.legal*
Patti Zabaleta Law Group
3323 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
Zimmerman, Kiser, Sutcliffe, P.A.
Landmark Center One
315 East Robinson Street, Suite 600
Orlando, Florida 32801
Office: 407-425-7010
*skohlmyer@zkslaw.com*
*Attorneys for Defendant, North American Credit Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 24, 2024**, via the Court Clerk's CM/ECF system, which will provide notice to the following: Thomas Patti, Esquire at (*Tom@pzlg.legal*), and Victor Zabaleta, Esquire, at (*Victor@pzlg.legal*) of the law firm of Patti Zabaleta Law Group, and Paul A. Herman, Esquire of Consumer Advocates Law Group, PLLC, at *paul@consumeradvocatelaw.com*.

<u>*/s/ Ernest H. Kohlmyer, III*</u>
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 0110108
*SKohlmyer@Shepardfirm.com*
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant North American Credit Services, Inc.*