EXHIBIT  B

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| | |
|---|---|
| **DATE:** | 08-29-2025 |
| **TIMECARD:** | [SDO] SCOTT D. OWENS, ESQ |
| **RATE:** | $475.00 |
| **TOTAL TIME:** | 94 Hours |
| **TOTAL FEES:** | $44,650.00 |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|---|---|---|---|---|---|
| 04/25/2025 | SDO | 0.2 | $475.00 | $95.00 | PREPARE AND FILE NOTICE OF APPEARANCE (ECF NO. 27) |
| 05/20/2024 THRU 06/04/2024 | SDO | 22.5 | $450.00 | $10,125.50 | RESEARCH, DRAFT AND FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 34) |
| 06/05/2024 | SDO | 0.5 | $475.00 | $237.75 | REVIEW AND NOTATE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 33) |
| 06/17/2024 THRU 06/25/2024 | SDO | 9.7 | $450.00 | $4,365.00 | RESEARCH, DRAFT AND FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 37) |
| 06/26/2024 | SDO | 0.5 | $450.00 | $237.50 | REVIEW AND NOTATE DEFENDANT'S RESPONSE ON OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 36) |
| 07/05/2024 THRU 07/09/2024 | SDO | 6.8 | $475.00 | $3,230.00 | RESEARCH, DRAFT AND FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 38) |
| 07/10/2025 | SDO | 0.2 | $475.00 | $95.00 | REVIEW AND NOTATE DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 39) |
| 09/03/2024 THRU 09/06/2024 | SDO | 2.7 | $475.00 | $1,282.50 | RESEARCH, DRAFT AND FILE PLAINTIFF'S MOTIONS IN LIMINE (ECF NO. 48) |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 10/02/2024 | SDO | .2 | $475.00 | $95.00 | DRAFT AND FILE MOTION FOR EXTENSION RE DEFENDANT'S MOTIONS IN LIMINE (ECF NO. 49) |
|---|---|---|---|---|---|
| 10/02/2024 THRU 10/07/2024 | SDO | 1.1 | $450.00 | $495.00 | RESEARCH, DRAFT AND FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE (ECF NO. 51) |
| 10/16/2024 | SDO | 0.3 | $475.00 | $142.50 | REVIEW ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 56) |
| 11/15/2024 THRU 11/18/2024 | SDO | 0.2 | $475.00 | $95.00 | DRAFT AND FILE MOTION FOR EXTENTION OF TIME TO MOVE FOR ATTORNEYS' FEES (ECF NO. 64) |
| 11/19/2024 | SDO | 0.2 | $475.00 | $95.00 | DRAFT AND FILE PROPOSED BILL OF COSTS (ECF NO. 64) |
| 12/31/2024 | SDO | 0.2 | $475.00 | $95.00 | DRAFT AND FILE NOTICE OF APPEARANCE INTO APPELLATE CASE (DOC. 6) |
| 12/31/2024 | SDO | 0.5 | $475.00 | $237.50 | DRAFT AND FILE CIP AND CORPORATE DISCLOSURE STATEMENT IN APPELLATE CASE (DOC. 7) |
| 01/06/2025 | SDO | 0.2 | $475.00 | $95.00 | REVIEW DEFENDANT'S CIVIL APPEAL STATEMENT (DOC. 15) |
| 01/10/2025 | SDO | 1.2 | $475.00 | $570.00 | REVIEW AND NOTATE DEFENDANT'S INITIAL APPELLANT BRIEF (DOC. 18) |
| 02/17/2025 THRU 03/10/2025 | SDO | 37.00 | $475.00 | $17,575.00 | RESEARCH, DRAFT AND FILE APPELLEE'S BRIEF (DOC 24) |
| 04/30/2025 | SDO | 0.8 | $475.00 | $380.00 | REVIEW APPELLEE'S REPLY BRIEF (DOC. 27) |
| 07/01/2025 | SDO | 0.5 | $475.00 | $237.50 | REVIEW ELEVENTH CIRCUIT OPINION (DOC. 30) |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 07/09/2025 | SDO | 0.5 | $475.00 | $237.50 | DRAFT AND FILE BILL OF COSTS (DOC. 32) |
|---|---|---|---|---|---|
| 08/27/2025 | SDO | 2.1 | $475.00 | $997.50 | RESEARCH, DRAFT AND FILE MOTION TO TRANSFER FEE REQUEST TO DISTRICT COURT (DOC. 35) |
| 08/26/2025 THRU 08/29/2025 | SDO | 5.7 | $475.00 | $2,707.50 | RESEARCH, DRAFT AND FILE MOTION FOR DISTRICT COURT AND APPELLATE ATTORNEYS' FEES. |

*** END OF DOCUMENT ***

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| | |
|---|---|
| **DATE:** | 08-28-2025 |
| **TIMECARD:** | [TP] THOMAS PATTI, ESQ |
| **RATE:** | $450.00 |
| **TOTAL TIME:** | 35.4 Hours |
| **TOTAL FEES:** | $15,930.00 |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|---|---|---|---|---|---|
| 05-12-2023 | TP | 0.1 | $450.00 | $45.00 | RECEIPT OF PROSPECTIVE CASE FOR ABDUL CRAWFORD FOR UNLAWFUL DEBT COLLECTION |
| 05-15-2023 | TP | 0.4 | $450.00 | $180.00 | PRELIMINARY REVIEW OF CASE FILE AND IDENTIFICATION OF POTENTIAL CLAIM AGAINST NORTH AMERICAN CREDIT SERVICES INC FOR ATTEMPTING TO COLLECT A DEBT THAT AROSE FROM THE TREATMENT OF A WORKPLACE INJURY. REQUESTING MEDICAL RECORDS FOR FURTHER VERIFICATION. |
| 06-05-2023 | TP | 0.5 | $450.00 | $225.00 | VERIFICATION OF ACTIVE OJCC CASE AND REVIEW OF CONTEMPORANEOUS MEDICAL RECORDS OF SUBJECT DATE OF SERVICE FOR MEDICAL FACILITY, ADVENTHEALTH, SUPPORT CLAIM UNDER 1692E AGAINST NCAS |
| 06-28-2023 | TP | 0.8 | $450.00 | $360.00 | DRAFTING OF COMPLAINT FOR FILING IN NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA |
| 06-28-2023 | TP | 0.3 | $450.00 | $135.00 | DRAFTING OF INTERROGATORIES, PRODUCTION REQUESTS, AND ADMISSION REQUESTS FOR SERVICE WITH COMPLAINT |
| 09-05-2023 | TP | 0.2 | $450.00 | $90.00 | DRAFTING OF GENERAL STANDING CASE MANAGEMENT PLAN FOR PROPOSAL TO THE COURT |
| 09-15-2023 | TP | 0.1 | $450.00 | $45.00 | RECEIPT AND REVIEW OF NOTICE OF REMOVAL TO FEDERAL COURT |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 09-18-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF STANDING ORDER ON DISCOVERY MOTIONS [DOC. 3] |
|---|---|---|---|---|---|
| 09-18-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF INITIAL ORDER RE CASE MANAGEMENT AND DEADLINES [DOC. 4] |
| 09-19-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW AND APPROVAL OF PLAINTIFF'S DISCLOSURE STATEMENT PER RULE 7.1 AND LOCAL RULE 3.03 FOR FILING |
| 09-19-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW AND APPROVAL OF NOTICE OF RELATED CASES FOR FILING |
| 09-20-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF NOTICE OF RELATED CASES [DOC. 13] FILED BY NACS |
| 09-20-2023 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF PROPOSED JOINT CASE MANAGEMENT REPORT PROPOSED BY NACS PRIOR TO 26(F) |
| 09-20-2023 | TP | 0.4 | $450.00 | $180.00 | REVIEW AND ANALYSIS OF ANSWER FILED BY NACS [DOC. 14] |
| 09-26-2023 | TP | 0.5 | $450.00 | $225.00 | PREPARATION FOR AND CONDUCTION OF 26(F) CONFERENCE WITH COUNSEL FOR NACS, INCLUDING CONFERRAL REGARDING PLAINTIFF'S FORTHCOMING MOTION TO STRIKE REGARDING THE BFE AFFIRMATIVE DEFENSE |
| 10-03-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW AND APPROVAL OF PLAINTIFF'S INITIAL DISCLOSURES TO NACS |
| 10-04-2023 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF DISCOVERY REQUESTS PROPOUNDED BY NACS |
| 10-04-2023 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF NACS' INITIAL DISCLOSURES |
| 10-06-2023 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF PLAINTIFF'S MOTION TO STRIKE RE DEFENDANT'S BFE |
| 10-13-2023 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF CASE MANAGEMENT AND SCHEDULING ORDER [DOC. 18] |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 10-13-2023 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF NACS' NOTICE OF DEPOSITION TO PLAINTIFF |
|---|---|---|---|---|---|
| 10-16-2023 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL WITH NACS REGARDING SCHEDULING MEDIATION |
| 10-23-2023 | TP | 0.4 | $450.00 | $180.00 | REVIEW OF NACS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE [DOC. 20] |
| 10-24-2023 | TP | 0.4 | $450.00 | $180.00 | CONFERRAL WITH NACS REGARDING CASE POSTURE AND POTENTIAL RESOLUTION |
| 11-08-2023 | TP | 0.2 | $450.00 | $90.00 | REVIEW AND MODIFICATION OF PLAINTIFF'S PROPOSED NOTICE OF DEPOSITION TO NACS |
| 11-20-2023 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF ORDER DENYING MOTION TO STRIKE [DOC. 21] |
| 11-27-2023 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL WITH NACS RE MUTUAL EXTENSION OF WRITTEN DISCOVERY REQUESTS |
| 12-06-2023 | TP | 1.1 | $450.00 | $495.00 | CONFERRAL WITH CLIENT REGARDING NACS' DISCOVERY REQUESTS AND COLLECTION OF INITIAL ANSWERS AND DOCUMENTS |
| 12-08-2023 | TP | 0.7 | $450.00 | $315.00 | DRAFTING RESPONSES TO NACS' INTERROGATORIES |
| 12-08-2023 | TP | 0.5 | $450.00 | $225.00 | DRAFTING RESPONSES TO NACS' ADMISSION REQUESTS |
| 12-08-2023 | TP | 0.6 | $450.00 | $270.00 | DRAFTING RESPONSES TO NACS' PRODUCTION REQUESTS |
| 12-15-2023 | TP | 0.3 | $450.00 | $135.00 | FINALIZE DISCOVERY RESPONSE TO NACS |
| 12-15-2023 | TP | 0.3 | $450.00 | $135.00 | REVIEW AND APPROVAL OF CONFIDENTIALITY AGREEMENT PROPOSED BY NACS |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 01-01-2024 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL WITH CO-COUNSEL REGARDING PLAINTIFF'S DEPOSITION SET FOR 01-04-2024 |
|---|---|---|---|---|---|
| 01-01-2024 | TP | 2.3 | $450.00 | $1,035.00 | REVIEW OF DOCUMENTS PRODUCED BY NACS |
| 01-01-2024 | TP | 1.3 | $450.00 | $585.00 | REVIEW OF NACS' RESPONSE TO PLAINTIFF'S RFAS AND INTERROGATORIES |
| 01-22-2024 | TP | 0.2 | $450.00 | $90.00 | CONFERRAL WITH COUNSEL FOR NACS REGARDING RESCHEDULING NACS' DEPOSITION |
| 04-10-2024 | TP | 0.6 | $450.00 | $270.00 | REVIEW OF DOCUMENTS FOR USE DURING DEPOSITION OF NACS |
| 04-17-2024 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF NOTICE OF MEDIATION [DOC. 24] |
| 04-23-2024 | TP | 0.3 | $450.00 | $135.00 | CONFERRAL WITH CO-COUNSEL PRIOR TO MEDIATION WITH NACS |
| 04-24-2024 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL WITH COUNSEL FOR NACS REGARDING ENLARGEMENT OF SCHEDULING ORDER |
| 04-26-2024 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF AND CONFERRAL REGARDING PAPERLESS ORDER REGARDING IN-PERSON MEDIATION [DOC. 26] |
| 05-02-2024 | TP | 0.6 | $450.00 | $270.00 | DRAFTING OF UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER |
| 05-28-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW AND CHANGES TO UNOPPOSED MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR AT SECOND MEDIATION VIA ZOOM |
| 05-29-2024 | TP | 0.9 | $450.00 | $405.00 | REVIEW OF DEPOSITION TRANSCRIPT OF CHRIS BREWER RE NACS |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 06-04-2024 | TP | 1.2 | $450.00 | $540.00 | REVIEW AND APPROVAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
|---|---|---|---|---|---|
| 06-05-2024 | TP | 0.8 | $450.00 | $360.00 | REVIEW OF NACS' MOTION FOR SUMMARY JUDGMENT [DOC. 33] |
| 06-12-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW AND APPROVAL OF RESPONSE TO NACS' STATEMENT OF UNDISPUTED FACTS |
| 06-25-2024 | TP | 0.8 | $450.00 | $360.00 | REVIEW AND APPROVAL OF RESPONSE IN OPPOSITION TO NACS' MOTION FOR SUMMARY JUDGMENT |
| 06-25-2024 | TP | 0.8 | $450.00 | $360.00 | REVIEW OF NACS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 36] |
| 07-08-2024 | TP | 0.6 | $450.00 | $270.00 | REVIEW OF REPLY TO RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| 07-09-2024 | TP | 0.5 | $450.00 | $225.00 | REVIEW OF REPLY TO RESPONSE TO NACS' MOTION FOR SUMMARY JUDGMENT [DOC. 39] |
| 07-09-2024 | TP | 0.3 | $450.00 | $135.00 | CONFERRAL WITH COUNSEL FOR NACS REGARDING DOC.36-1 |
| 07-12-2024 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF MOTION TO EXCLUDE EXHIBIT 14 |
| 07-17-2024 | TP | 0.2 | $450.00 | $90.00 | REVIEW OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY AS TO DOC. 40 [DOC. 41] |
| 09-03-2024 | TP | 0.6 | $450.00 | $270.00 | REVIEW OF PROPOSED JOINT FINAL PRETRIAL STATEMENT |
| 09-16-2024 | TP | 2.3 | $450.00 | $1,035.00 | PREPARATION FOR AND CONDUCTION OF CONFERRAL WITH COUNSEL FOR NACS RE PREPARE THE PRETRIAL STATEMENT |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 09-16-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF NACS' PROPOSED WITNESS LIST AND EXHIBIT LIST |
|---|---|---|---|---|---|
| 09-25-2024 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL W/ COUNSEL FOR NACS REGARDING MOTION IN LIMINE RE PLAINTIFF |
| 09-25-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF MOTION IN LIMINE REGARDING PLAINTIFF [DOC. 47] |
| 09-26-2024 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL W/ COUNSEL FOR NACS REGARDING PLAINTIFF'S MOTION IN LIMINE RE ADVENT |
| 09-26-2024 | TP | 0.4 | $450.00 | $180.00 | REVIEW AND APPROVAL OF PLAINTIFF'S MOTION IN LIMINE REGARDING NON-PARTY ADVENT |
| 09-26-2024 | TP | 0.3 | $450.00 | $135.00 | DRAFTING OF PLAINTIFF'S EXHIBIT LIST |
| 09-26-2024 | TP | 0.2 | $450.00 | $90.00 | DRAFTING OF PLAINTIFF'S WITNESS LIST |
| 09-26-2024 | TP | 0.3 | $450.00 | $135.00 | MODIFICATION TO PROPOSED JOINT PRETRIAL STIPULATION |
| 10-02-2024 | TP | 0.1 | $450.00 | $45.00 | CONFERRAL WITH COUNSEL FOR NACS RE EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION IN LIMINE |
| 10-04-2024 | TP | 0.2 | $450.00 | $90.00 | OBJECTIONS / NOTATIONS ON DEFENDANT'S EXHIBIT LIST |
| 10-06-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW AND APPROVAL OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE |
| 10-07-2024 | TP | 0.3 | $450.00 | $135.00 | CONFERRAL WITH COUNSEL FOR NACS RE PRETRIAL SUBMISSIONS |
| 10-10-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW AND APPROVAL OF PROPOSED VERDICT FORM |
| 10-11-2024 | TP | 0.3 | $450.00 | $135.00 | REVIEW OF NACS' PROPOSED JURY INSTRUCTIONS |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| | | | | | |
|---|---|---|---|---|---|
| 10-14-2024 | TP | 0.6 | $450.00 | $270.00 | PREPARATION FOR AND CONDUCTION OF CONFERRAL WITH COUNSEL FOR NACS REGARDING JOINT JURY INSTRUCTIONS |
| 10-14-2024 | TP | 0.2 | $450.00 | $90.00 | REVIEW AND APPROVAL OF PROPOSED VERDICT FORM |
| 10-16-2024 | TP | 0.8 | $450.00 | $360.00 | REVIEW OF ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 56] |
| 10-17-2024 | TP | 0.3 | $450.00 | $135.00 | CONFERRAL WITH COUNSEL FOR NACS REGARDING PLAINTIFF'S DAMAGES |
| 10-18-2024 | TP | 0.2 | $450.00 | $90.00 | REVIEW AND APPROVAL OF MOTION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES |
| 10-24-2024 | TP | 0.5 | $450.00 | $225.00 | REVIEW OF AND CONFERRAL REGARDING JOINT STIPULATION FOR DETERMINATION OF DAMAGES TO PLAINTIFF |
| 11-05-2024 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF JUDGMENT IN FAVOR OF CRAWFORD [DOC. 62] |
| 12-02-2024 | TP | 0.1 | $450.00 | $45.00 | REVIEW OF NOTICE OF APPEAL FILED BY NACS [DOC. 67] |
| 12-02-2024 | TP | 0.2 | $450.00 | $90.00 | CONFERRAL WITH COUNSEL FOR NACS REGARDING MOTION TO STAY RE DEADLINE FOR ATTORNEY'S FEES IN LIGHT OF APPEAL |
| 12-30-2024 | TP | 0.1 | $450.00 | $45.00 | DRAFTING OF NOTICE OF APPEARANCE ON BEHALF OF APPELLEE |
| 02-08-2024 | TP | 0.5 | $450.00 | $225.00 | DRAFTING MEDIATION STATEMENT FOR APPEAL MEDIATION |
| 03-03-2025 | TP | 0.8 | $450.00 | $360.00 | REVIEW OF INITIAL DRAFT OF APPELLEE BRIEF |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| | | | | | |
|---|---|---|---|---|---|
| 03-06-2025 | TP | 0.4 | $450.00 | $180.00 | REVIEW OF UPDATED DRAFT OF APPELLEE BRIEF |
| 04-30-2025 | TP | 0.7 | $450.00 | $315.00 | REVIEW OF REPLY BRIEF FILED BY NACS |
| 07-01-2025 | TP | 0.6 | $450.00 | $270.00 | REVIEW OF OPINION ISSUED BY 11TH CIRCUIT |

*** END OF DOCUMENT ***

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

DATE:                    08-28-2025

TIMECARD:                [BR] Bradford Ryser

RATE:                    $150.00

TOTAL TIME:              3.7 Hours

TOAL FEES:               $1,800.00

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|------|--------|------|------|--------|-------|
| 09-19-2023 | BR | 0.2 | $150.00 | $30.00 | PREPARED AND FILED PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03 |
| 09-19-2023 | BR | 0.2 | $150.00 | $30.00 | PREPARED AND FILED PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION |
| 09-19-2023 | BR | 0.2 | $150.00 | $30.00 | PREPARED AND FILED PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS |
| 09-25-2023 | BR | 0.2 | $150.00 | $30.00 | SCHEDULED 26(F) CONFERENCE BETWEEN THE PARTIES |
| 09-26-2023 | BR | 0.6 | $150.00 | $90.00 | DRAFT CASE MANAGEMENT REPORT AND EDIT FOR CHANGES |
| 10-03-2023 | BR | 0.2 | $150.00 | $30.00 | DRAFT PLAINTIFF'S INITIAL DISCLOSURES AND SEND TO OPPOSING COUNSEL |
| 09-26-2023 | BR | 0.1 | $150.00 | $15.00 | PROPOUND DISCOVERY ON OPPOSING COUNSEL |
| 10-09-2023 | BR | 0.7 | $150.00 | $105.00 | DRAFT AND FILE MOTION TO STRIKE |
| 10-13-2023 | BR | 0.5 | $150.00 | $75.00 | ANALYZE AND TRANSPOSE DATES FROM SCHEDULING ORDER TO ATTORNEY CALENDAR |
| 11-08-2023 | BR | 0.2 | $150.00 | $30.00 | DRAFT AND SERVE NOTICE OF DEPOSITION 30(B)(6) TO OPPOSING COUNSEL |

**Abdul Crawford v. North American Credit Services Inc**
**24-13931-JJ / 6:23-cv-01780-RBD-DCI / 2023-CC-012795-O**

| 11-09-2023 | BR | 0.3 | $150.00 | $45.00 | CONFER WITH OPPOSING COUNSEL TO SCHEDULE DEPOSITION OF DEFENDANT'S CORPORATE REPRESENTATIVE |
| 04-04-2024 | BR | 0.3 | $150.00 | $45.00 | PREPARE FOR ZOOM DEPOSITION OF DEFENDANT'S CORPORATE REPRESENTATIVE AND HIRE COURT REPORTER |

*** END OF DOCUMENT ***

Paul A. Herman

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|------|--------|------|------|--------|-------|
| 08-07-2023 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING PRE-FILING STRATEGY AND ANALYZED FILE FOR NOTICE OF REMOVAL PREPARATION |
| 08-08-2023 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CASE INITIATION AND ANALYZED FILE FOR COMPLAINT AND REMOVAL DOCUMENTS |
| 08-09-2023 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING RELATED ACTIONS AND ANALYZED FILE FOR JURISDICTIONAL ISSUES |
| 08-12-2023 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CASE STATUS AND ANALYZED FILE FOR INITIAL DISCLOSURES AND DISCOVERY PLANNING |
| 09-15-2023 | PH | 0.4 | $450.00 | $180.00 | REVIEWED AND ANALYZED D.E. 1 REGARDING COMPLAINT AND NOTICE OF REMOVAL FROM STATE COURT |
| 09-15-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 2 REGARDING NEW CASE ASSIGNMENT TO JUDGE AND MAGISTRATE |
| 09-18-2023 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 3 REGARDING STANDING ORDER ON DISCOVERY MOTIONS |
| 09-18-2023 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 4 REGARDING INITIAL ORDER ON CASE MANAGEMENT AND DEADLINES |
| 09-18-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 5 REGARDING NOTICE TO COUNSEL ON LOCAL RULE FOR BAR MEMBERSHIP |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 6 REGARDING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 7 REGARDING NOTICE OF LEAD COUNSEL DESIGNATION |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 8 REGARDING NOTICE OF RELATED ACTION |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 9 REGARDING NOTICE TO COUNSEL ON LEAD COUNSEL DESIGNATION REQUIREMENT |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 10 REGARDING NOTICE TO COUNSEL ON CONTACT INFORMATION UPDATE |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 11 REGARDING NOTICE OF LEAD COUNSEL DESIGNATION BY DEFENSE |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 12 REGARDING CERTIFICATE OF INTERESTED PERSONS BY DEFENDANT |
| 09-20-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 13 REGARDING NOTICE OF RELATED ACTION BY DEFENDANT |
| 09-20-2023 | PH | 0.5 | $450.00 | $225.00 | REVIEWED AND ANALYZED D.E. 14 REGARDING ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT |
| 09-21-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 15 REGARDING REMARK ON REVIEW OF CERTIFICATES |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|---|---|---|---|---|---|
| 09-28-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 16 REGARDING CASE MANAGEMENT REPORT |
| 10-08-2023 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED MOTION TO STRIKE BONA FIDE ERROR AFFIRMATIVE DEFENSE AND PROVIDED FEEDBACK |
| 10-09-2023 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 17 REGARDING MOTION TO STRIKE BONA FIDE ERROR AFFIRMATIVE DEFENSE |
| 10-13-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 18 REGARDING CASE MANAGEMENT AND SCHEDULING ORDER |
| 10-13-2023 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 19 REGARDING CASE REFERRED TO MEDIATION |
| 10-23-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 20 REGARDING RESPONSE IN OPPOSITION TO MOTION TO STRIKE |
| 11-20-2023 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 21 REGARDING ORDER DENYING MOTION TO STRIKE BONA FIDE ERROR DEFENSE |
| 11-28-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 22 REGARDING ORDER DIRECTING ATTORNEY TO REGISTER FOR CM/ECF |
| 12-27-2023 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 23 REGARDING ENDORSED ORDER TERMINATING ATTORNEY FOR NON-COMPLIANCE |
| 01-17-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING EXPERT REPORT DEADLINES AND ANALYZED FILE FOR DISCOVERY COMPLIANCE |
| 01-18-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING EXPERT DISCLOSURES AND ANALYZED FILE FOR POTENTIAL MOTIONS |
| 01-19-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING DISCOVERY PROCESS AND ANALYZED FILE FOR EVIDENCE REVIEW |
| 01-20-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CASE TIMELINE AND ANALYZED FILE FOR UPCOMING DEADLINES |
| 01-21-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING STRATEGIC ADJUSTMENTS AND ANALYZED FILE FOR WITNESS PREPARATION |
| 01-22-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING DISCOVERY RESPONSES AND ANALYZED FILE FOR LEGAL ARGUMENTS |
| 01-23-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING RECENT FILINGS AND ANALYZED FILE FOR RESPONSE STRATEGIES |
| 01-24-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CASE MANAGEMENT AND ANALYZED FILE FOR MEDIATION PLANNING |
| 01-25-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING EXPERT REPORTS AND ANALYZED FILE FOR DISCOVERY EXTENSIONS |
| 01-26-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING POTENTIAL MOTIONS AND ANALYZED FILE FOR EVIDENTIARY ISSUES |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|---|---|---|---|---|---|
| 01-27-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING SETTLEMENT OPTIONS AND ANALYZED FILE FOR MEDIATION PREPARATION |
| 01-28-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING DISCOVERY STATUS AND ANALYZED FILE FOR UPCOMING HEARINGS |
| 01-29-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING LEGAL ARGUMENTS AND ANALYZED FILE FOR MOTION PREPARATION |
| 01-30-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CASE PROGRESS AND ANALYZED FILE FOR DISCOVERY COMPLIANCE |
| 01-31-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING EXPERT DISCLOSURES AND ANALYZED FILE FOR STRATEGIC PLANNING |
| 02-01-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING MEDIATION STATEMENT AND ANALYZED FILE FOR SETTLEMENT DISCUSSIONS |
| 02-02-2024 | PH | 0.4 | $450.00 | $180.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CONFIDENTIAL MEDIATION DOCUMENTS AND ANALYZED FILE FOR CASE VALUATION |
| 02-03-2024 | PH | 0.3 | $450.00 | $135.00 | CORRESPONDED WITH CO-COUNSEL REGARDING MEDIATION PREPARATION AND ANALYZED FILE FOR POTENTIAL RESOLUTION |
| 02-04-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING MEDIATION STRATEGY AND ANALYZED FILE FOR SETTLEMENT POSITIONS |
| 02-05-2024 | PH | 0.3 | $450.00 | $135.00 | CORRESPONDED WITH CO-COUNSEL REGARDING CONFIDENTIAL MEDIATION STATEMENT AND ANALYZED FILE FOR NEGOTIATION TACTICS |
| 03-04-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING SUMMARY JUDGMENT PREPARATION AND ANALYZED FILE FOR UNDISPUTED FACTS |
| 03-07-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING APPELLATE BRIEF DRAFT AND ANALYZED FILE FOR LEGAL ARGUMENTS |
| 03-08-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING BRIEF REVISIONS AND ANALYZED FILE FOR SUPPORTING EVIDENCE |
| 03-10-2024 | PH | 0.3 | $450.00 | $135.00 | CORRESPONDED WITH CO-COUNSEL REGARDING DRAFT FEEDBACK AND ANALYZED FILE FOR CASE PRECEDENTS |
| 03-13-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING COURT FILINGS AND ANALYZED FILE FOR DISCOVERY COMPLIANCE |
| 04-09-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING MEDIATION CONFERENCE AND ANALYZED FILE FOR SETTLEMENT NEGOTIATIONS |
| 04-10-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING INVOICE REVIEW AND ANALYZED FILE FOR COSTS AND FEES |
| 04-17-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 24 REGARDING JOINT NOTICE OF MEDIATION CONFERENCE |
| 04-23-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 25 REGARDING MEDIATION REPORT INDICATING IMPASSE |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|------|--------|------|------|--------|-------|
| 04-23-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 26 REGARDING ENDORSED ORDER DIRECTING IN-PERSON MEDIATION |
| 04-25-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 27 REGARDING NOTICE OF APPEARANCE BY COUNSEL |
| 05-01-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER DEADLINES AND PROVIDED FEEDBACK |
| 05-02-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 28 REGARDING UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING DEADLINES |
| 05-03-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 29 REGARDING ORDER DENYING MOTION FOR EXTENSION OF TIME |
| 05-27-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED MOTION FOR PLAINTIFF TO APPEAR AT SECOND MEDIATION BY VIDEOCONFERENCE AND PROVIDED FEEDBACK |
| 05-28-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 30 REGARDING UNOPPOSED MOTION FOR PLAINTIFF TO APPEAR AT MEDIATION BY VIDEOCONFERENCE |
| 05-29-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 31 REGARDING ENDORSED ORDER GRANTING MOTION FOR VIDEOCONFERENCE APPEARANCE |
| 05-30-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 32 REGARDING JOINT NOTICE OF SECOND MEDIATION CONFERENCE |
| 06-03-2024 | PH | 0.6 | $450.00 | $270.00 | REVIEWED AND ANALYZED MOTION FOR SUMMARY JUDGMENT AND PROVIDED FEEDBACK |
| 06-04-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 33 REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 06-04-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 34 REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| 06-11-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 35 REGARDING SECOND MEDIATION REPORT INDICATING IMPASSE |
| 06-25-2024 | PH | 0.5 | $450.00 | $225.00 | REVIEWED AND ANALYZED D.E. 36 REGARDING RESPONSE IN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION |
| 06-25-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 37 REGARDING RESPONSE IN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION |
| 07-09-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 38 REGARDING REPLY TO RESPONSE ON PLAINTIFF'S SUMMARY JUDGMENT MOTION |
| 07-09-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 39 REGARDING REPLY TO RESPONSE ON DEFENDANT'S SUMMARY JUDGMENT MOTION |
| 07-15-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED MOTION TO STRIKE RESPONSE EXHIBIT AND PROVIDED FEEDBACK |
| 07-16-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 40 REGARDING MOTION TO STRIKE RESPONSE EXHIBIT |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|------|--------|------|------|--------|-------|
| 07-17-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 41 REGARDING UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION TO STRIKE |
| 07-18-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 42 REGARDING NOTICE OF WITHDRAWAL OF MOTION TO STRIKE |
| 07-21-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 43 REGARDING ENDORSED ORDER FINDING MOTION TO STRIKE MOOT |
| 07-21-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 44 REGARDING ENDORSED ORDER FINDING EXTENSION MOTION MOOT |
| 09-25-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 45 REGARDING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| 09-25-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 46 REGARDING ENDORSED ORDER DENYING MOTION FOR WITHDRAWAL AS MOOT |
| 09-25-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 47 REGARDING MOTION IN LIMINE TO EXCLUDE EVIDENCE |
| 09-25-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED MOTION IN LIMINE REGARDING REFERENCES TO FEES AND POLICIES AND PROVIDED FEEDBACK |
| 09-26-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 48 REGARDING OPPOSED MOTION IN LIMINE REGARDING REFERENCES TO FEES AND POLICIES |
| 10-02-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 49 REGARDING UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION IN LIMINE |
| 10-04-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 50 REGARDING ENDORSED ORDER GRANTING IN PART EXTENSION FOR RESPONSE |
| 10-07-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 51 REGARDING RESPONSE TO MOTION IN LIMINE |
| 10-07-2024 | PH | 0.5 | $450.00 | $225.00 | REVIEWED AND ANALYZED D.E. 52 REGARDING PRETRIAL STATEMENT WITH EXHIBIT AND WITNESS LISTS |
| 10-14-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 53 REGARDING JOINT PROPOSED VERDICT FORM |
| 10-14-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 54 REGARDING JOINT PROPOSED VOIR DIRE |
| 10-14-2024 | PH | 0.5 | $450.00 | $225.00 | REVIEWED AND ANALYZED D.E. 55 REGARDING JOINT PROPOSED JURY INSTRUCTIONS |
| 10-16-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 56 REGARDING ORDER DENYING DEFENDANT'S AND GRANTING PLAINTIFF'S SUMMARY JUDGMENT |
| 10-16-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 57 REGARDING NOTICE OF APPEARANCE BY COUNSEL |
| 10-17-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 58 REGARDING MINUTE ENTRY FOR FINAL PRETRIAL CONFERENCE |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|---|---|---|---|---|---|
| 10-17-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 59 REGARDING ENDORSED ORDER CONTINUING CASE TO DECEMBER TRIAL TERM |
| 10-25-2024 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 60 REGARDING JOINT STIPULATION AS TO DAMAGES |
| 11-04-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 61 REGARDING ORDER GRANTING STIPULATION AND DIRECTING JUDGMENT ENTRY |
| 11-05-2024 | PH | 0.4 | $450.00 | $180.00 | REVIEWED AND ANALYZED D.E. 62 REGARDING JUDGMENT IN FAVOR OF PLAINTIFF |
| 11-05-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 63 REGARDING NOTICE OF LOCAL RULE ON SEAL EXPIRATION |
| 11-11-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING JUDGMENT ENTRY AND ANALYZED FILE FOR POST-JUDGMENT MOTIONS |
| 11-17-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND PROVIDED FEEDBACK |
| 11-18-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 64 REGARDING UNOPPOSED MOTION FOR EXTENSION TO FILE ATTORNEY'S FEES MOTION |
| 11-18-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 65 REGARDING ENDORSED ORDER GRANTING EXTENSION FOR FEES MOTION |
| 11-19-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 66 REGARDING PROPOSED BILL OF COSTS |
| 12-02-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING NOTICE OF APPEAL AND ANALYZED FILE FOR APPELLATE RECORD |
| 12-02-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 67 REGARDING NOTICE OF APPEAL |
| 12-03-2024 | PH | 0.2 | $450.00 | $90.00 | CORRESPONDED WITH CO-COUNSEL REGARDING APPEAL TRANSMITTAL AND ANALYZED FILE FOR STAY OF EXECUTION |
| 12-03-2024 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 68 REGARDING TRANSMITTAL OF INITIAL APPEAL PACKAGE TO USCA |
| 12-03-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 69 REGARDING UNOPPOSED MOTION FOR STAY OF EXECUTION AND APPROVAL OF SECURITY |
| 12-04-2024 | PH | 0.1 | $450.00 | $45.00 | CORRESPONDED WITH CO-COUNSEL REGARDING MOTION FOR STAY AND ANALYZED FILE FOR SECURITY DEPOSIT REQUIREMENTS |
| 12-05-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 70 REGARDING ORDER GRANTING APPLICATION FOR STAY OF EXECUTION |
| 12-12-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 71 REGARDING TRANSCRIPT INFORMATION FORM FOR APPEAL |
| 12-16-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 72 REGARDING NOTICE OF COMPLIANCE WITH ORDER ON STAY |

| DATE | KEEPER | TIME | RATE | AMOUNT | ENTRY |
|------|--------|------|------|--------|-------|
| 12-17-2024 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. 73 REGARDING REGISTRY MONIES RECEIVED |
| 01-17-2025 | PH | 0.1 | $450.00 | $45.00 | REVIEWED AND ANALYZED D.E. REGARDING CERTIFICATION OF COMPLETE RECORD FOR APPEAL |
| 07-01-2025 | PH | 0.3 | $450.00 | $135.00 | REVIEWED AND ANALYZED D.E. 74 REGARDING OPINION OF USCA AFFIRMING JUDGMENT |
| 07-30-2025 | PH | 0.2 | $450.00 | $90.00 | REVIEWED AND ANALYZED D.E. 75 REGARDING MANDATE OF USCA AFFIRMING JUDGMENT |

20.9                    $9,405.00