# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDUL CRAWFORD,

    Plaintiff,

v.

NORTH AMERICAN CREDIT SERVICES, INC.,

    Defendant.
_____/

Case No. 6:23-01780-RBD-DCI

DECLARATION OF SCOTT D. OWENS, ESQ.

I, Scott D. Owens, declare under penalty of perjury, as provided for under the laws of the State of Florida, that the following statements are true:

1. I am an attorney and the owner of a law firm which operates under the name Scott D. Owens, P.A. I am one of the attorneys representing Plaintiff, Brian Keim, and the Class in this matter.

2. I am currently a member in good standing of the bars of the following courts:

| Court | Date Admitted |
|---|---|
| State of Florida | **October 2, 2002** |
| USDC Southern District of Florida | October 10, 2008 |
| USDC Middle District of Florida | June 23, 2009 |
| Eleventh Circuit Court of Appeals | April 30, 2012 |
| USDC Eastern District of Michigan | January 9, 2014 |
| Sixth Circuit Court of Appeals | May 20, 2015 |
| USDC Northern District of Florida | February 12, 2019 |

3. I am a 2000 graduate of the New England School of Law. After a short time working in a debt collection law firm, I began to represent persons in consumer rights litigation, both in State and Federal Court. Currently, 100% percent of my workload consists of consumer protection litigation, which includes claims brought under FDCPA.

4. Since 2007, I have been an active member of the National Association of Consumer Advocates (NACA).

5. At the specific request of Judge Myriam Lehr of Miami-Dade County, I was asked to conduct a Continue Legal Education (CLE) seminar on the basics of FDCPA litigation

Declaration of Scott D. Owens, Esq. - 1

entitled "How to Defend Against Abusive Debt Collectors"; the event was sponsored by the Miami-Dade Consumer Advocate and held on October 30, 2009.

6. I was featured on WSVN News (Channel 7) on November 22, 2010 for my pro-consumer work in the area of the Fair Debt Collection Practices Act.

7. I was a Guest Lecturer at the National Consumer Law Center's "Fair Debt Collection Training Conference" held in Jacksonville, Florida on March 5-6, 2010.

8. I was Featured Guest Speaker at the request of the Miami-Dade Consumer Services Department during *National Consumer Protection Week* on March 11, 2011.

9. I instructed a CLE seminar for Legal Services of Greater Miami, Inc., dealing with consumer protection (May 2011).

10. I conducted a CLE on the topic of consumer protection at Florida International University (June 2012).

11. I conducted a webinar dealing with the FDCPA and TCPA at the request of the National Association of Consumer Advocates (December 2012).

12. My federal litigation practice was featured in the Daily Business Review on June 15, 2009 in an article entitled "Federal Law Used Against Abusive Debt Collectors."

13. I was invited by the Consumer Protection Law Committee to be a guest speaker at the Florida Bar's Annual Convention to be held in Orlando, Florida (June 25-28, 2014).

14. I regularly attend legal seminars hosted by the National Consumer Law Center (NCLC), and the National Association of Consumer Advocates (NACA) including the following:

- NCLC, 17th Annual Consumer Rights Litigation Conference (2008)
- NCLC, Fair Debt Collection Training Conference (2009)
- NACA, Fair Credit Reporting Act Conference (2009)
- NCLC, 18th Annual Consumer Rights Litigation Conference (2009)
- NCLC, Fair Debt Collection Training Conference (2010)
- NCLC, 19th Annual Consumer Rights Litigation Conference (2010)
- NCLC, 20th Annual Consumer Rights Litigation Conference (2011)
- NCLC, 21st Annual Consumer Rights Litigation Conference (2012)
- NCLC 22nd Annual Consumer Rights Litigation Conference (2013)
- NCLC, Fair Debt Collection Training Conference (2014)
- NCLC 23rd Annual Consumer Rights Litigation Conference (2014)
- NCLC, Fair Debt Collection Training Conference (2015)
- NCLC 24th Annual Consumer Rights Litigation Conference (2015)
- NCLC, Fair Debt Collection Training Conference (2016)
- NCLC 25th Annual Consumer Rights Litigation Conference (2016)
- NCLC, Fair Debt Collection Training Conference (2017)

- NCLC 26th Annual Consumer Rights Litigation Conference (2017)
- NCLC 27th Annual Consumer Rights Litigation Conference (2018)
- NCLC, Fair Debt Collection Training Conference (2019)
- NCLC 28th Annual Consumer Rights Litigation Conference (2019)
- NCLC 29th Annual Consumer Rights Litigation Conference (2020)
- NACA, Annual Spring Training Conference (2022)
- NCLC Consumer Rights Litigation Conference and Class Action Symposium (2023)
- NACA, Annual Spring Training Conference (2024)

11. Of the aforesaid legal conferences, I have attended at least five intensive full-day seminars which have dealt exclusively with class action litigation; I am familiar with the ethical and professional guidelines governing class action litigation.

12. I believe I am generally regarded by my peers as one of the leading authorities in the State of Florida with respect to consumer law issues.

13. Among my many positive published decisions in debt collection cases are the following citations:

- *Capital One Bank v. Pincus*, 15 Fla. L. Weekly Supp. 1119d (Fla. Palm Beach Co. Ct. 2008)
- *CACH, LLC v. Quartermaine,* 15 Fla. L. Weekly Supp. 843b (Fla. Broward Co. Ct. 2008)
- *Discover Bank v. Keith*, 16 Fla. L. Weekly Supp. 358a (Fla. Broward Co. Ct. 2009)
- *CACV of Colorado, LLC v. Adams*, 16 Fla. L. Weekly Supp. 319a (Fla. 17th Cir. 2009)
- *Cavalry Portfolio Srvcs. v. Machado*, 16 Fla. L. Weekly Supp. 777c (Fla. Broward Co. Ct. 2009)
- *Palisades Collection, LLC v. Knighten*, 17 Fla. L. Weekly Supp. 469a (Fla. Miami-Dade Co. Ct. 2010)
- *MBNA America Bank, N.A. v. Dan*, 18 Fla. L. Weekly Supp. 308a (Fla. Palm Beach Co. Ct. 2010)
- *Bank of America v. Evans*, 948 So.2d 998 (Fla. 3d DCA 2007)
- *Patterson v. Consumer Debt Mgmt. and Educ., Inc*., 975 So.2d (Fla. 4th DCA 2008)
- *Whitney v. A Aventura Chiropractic Care Center, Inc.,* 21 So.3d 95 (Fla. 3d DCA 2009)
- *Pincus v. Law Offices of Erskine & Fleisher,* 617 F.Supp.2d 1265 (S.D. Fla. May 21, 2009)
- *Sanz v. Fernandez,* 633 F.Supp.2d 1356 (S.D. Fla. July 7, 2009)
- *Sands v. Wagner & Hunt, P.A.,* Slip Copy, 2009 WL 2730469 (S.D. Fla. Aug. 28, 2009)
- *Chalik v. Westport Recovery Corp.,* 677 F.Supp.2d 1322 (S.D. Fla. Oct. 30, 2009)
- *Deuel v. Santander Consumer USA, Inc.,* 700 F.Supp.2d 1306, 2010 WL 1253035, *3 (S.D. Fla. Apr. 1, 2010)
- *Knighten v. Palisades Collections, LLC,* 2010 WL 2696768 (S.D. Fla. July 6, 2010)
- *Buslepp v. Improv Miami, Inc.,* Slip Copy, 2012 WL 1560408 (S.D. Fla. May 04,

- 2012
  - *Breslow v. Wells Fargo Bank, N.A.,* 857 F.Supp.2d 1316, 2012 WL 1448444 (S.D. Fla. April 26, 2012)
  - *Lusskin v. Seminole Comedy, Inc.,* Slip Copy, 2013 WL 3147339 (S.D. Fla. June 19, 2013)
  - *Pimental v. Google, Inc.,* No. 11–2585, 2012 WL 691784 (N.D. Cal. Mar. 2, 2012)
  - *Legg v. Voice Media Group, Inc.,* 990 F.Supp.2d 1351, 2014 WL 29594 (S.D. Fla. January 03, 2014)
  - *Cooper v. Nelnet, Inc.,* No. 6:14-cv-00314-RBD-DAB, ECF No. 72 (M.D. Fla. Feb. 26, 2015)
  - *Guarisma v. ADCAHB Medical Coverages, Inc., et a*l.,No. 1:13-cv-21016 (S.D. Fla. June 24, 2015)

14. I also served as lead or co-lead counsel in the following successful FACTA class actions:

   - *Legg v. E Z Rent-A-Car*, No. 14−cv−01716−PGB−DAB (M.D. Fla. Filed Oct. 22, 2014) ($6 million dollar settlement);
   - *Legg v. Laboratory Corporation of America Holdings*, No. 14−61543-CIV (S.D. Fla. Filed July 6, 2014) ($11 million-dollar common fund settlement);
   - *Legg v. Spirit Airlines, Inc*., No. 14−cv-61978 (S.D. Fla. Filed Aug, 29, 2014) ($7.5 million-dollar common fund settlement);
   - *Wood v. J Choo USA, Inc*., No. 15-CV-81487 (S.D. Fla. Filed Oct. 27, 2015) ($2.5 million-dollar common fund settlement);
   - *Guarisma v. Microsoft, Inc*., No. 15-CV-24326 (S.D. Fla. Filed Nov. 20, 2015) ($1.2 million-dollar common fund settlement);
   - *Flaum v. Doctors Associates, Inc*., No. 16-CV-61198 (S.D. Fla. Filed June 6, 2016) ($30.9 million-dollar common fund settlement);
   - *Diaz v. Chapters Health System, Inc*., 18-CV-03052 (M.D. Fla. Filed Dec. 19, 2018) ($1.3 million-dollar common fund settlement);
   - *Donahue v. Everi Payments, Inc., et al*., No. 2018-CH-15419 (Cook Cty. Cir. Ct. Filed Dec. 12, 2018) ($14 million-dollar common fund settlement);
   - *Muransky v. Godiva Chocolatier, Inc*., No. 2020-CH-7156 (Cook Cty. Cir. Ct. Filed Dec. 8, 2020) ($6.3 million-dollar common fund settlement);
   - *Martin v. Safeway*, No. 2020-CH-05480 (Cook Cty. Cir. Ct. Filed Aug. 20, 2020) ($20 million-dollar common fund settlement);
   - *Richardson v. IKEA North America Services, LLC, et al*., No. 2021CH05392 (Cook Cty. Cir. Ct. Filed Oct. 21, 2021) ($24.25 million-dollar common fund settlement);
   - *Ulery v. DFS Group, L.P.,* No. 2023CH03252 (Cook Cnty. Cir. Ct. Filed Apr. 4, 2023) ($2.5 million-dollar settlement).

15. I was also appointed joint interim lead counsel in the Southern District of Florida TCPA class action lawsuit, *Soto v. Gallup, Inc*., No. 0:13-cv-61747-RSR wherein Judge Robin S. Rosenbaum stated that "Scott D. Owens has vast experience in the area of consumer protection litigation…" (emphasis added); I was later appointed co-lead counsel after the case was certified ($12 million-dollar common fund settlement).

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed on August 29, 2025, at Broward County, Florida.

By: s/ Scott D. Owens<br>Scott D. Owens, Esq.