EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.  6:23-cv-01780-RBD-DCI**

**ABDUL CRAWFORD,**

     Plaintiff,

v.

**NORTH AMERICAN CREDIT**
**SERVICES INC**,

     Defendants.

_____/

## DECLARATION OF ATTORNEY PAUL. A. HERMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

I, Paul A. Herman, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1.    I am an attorney and the owner of a law firm which operates under the name Consumer Advocates Law Group, PLLC. I am representing the Plaintiff, Abdul Crawford, in this action.

2.    I am currently a member in good standing of the bars of the following courts:

| Court | Date Admitted/Re-admitted |
|---|---|
| State of Florida Bar Assn | Aug. 30, 1984/Feb 06, 2017 |
| United States District Court Southern District of Florida | Jan. 18, 1985/Dec. 6, 2018 |
| United States District Court | Feb 1986/Oct 16, 2018 |

| Middle District of Florida | |
|---|---|
| United States District Court Northern District of Florida | Oct 16, 2018 |
| United States 11th Circuit Court of Appeal | Aug 2, 2024 |
| District of Columbia, Washington, D.C. Bar Assn | May 10, 2013/Sept. 9, 2018 |
| United States Supreme Court | May 1988 |

3.      In 1978 I graduated of the University of Maryland School of Journalism with high honors and am a 1983 graduate of the University of Miami School of Law. After a brief stint working for both Plaintiff and insurance defense firms for personal injury cases, I spent the next 21 years working in the area of Florida Workers' Compensation and the federal Longshore and Harbor Workers' Compensation Act (LHWCA) primarily defending Employers & Insurance Carriers. I was Board Certified in the area of Florida Workers' Compensation Law from 1991-2016. I was an equity partner in Miller, Kagan, Rodriguez and Silver P.A., one of the larger state comp firms, and helped expand the firm from two (2) offices to seven (7) statewide.

4.      I left the firm in 2005 and became a fulltime mediator specializing in Florida Workers' Compensation (F.S. §440 et seq.) cases and those within the Longshore and Harbor Workers' Compensation Act (LHWCA) and Defense Base Act (DBA) cases as part of that federal statute. Also in 2006, I jointly formed a firm called the Fair Credit Law Group, P.A. as I began to represent persons in consumer rights litigation, both in State and Federal Court; currently, 100% percent of my workload outside of a still active mediation practice consists of

consumer protection litigation, which includes defending consumers in state court actions and claims brought under the Florida Consumer Collections Practices Act (FCCPA), the Fair And Accurate Credit Transaction Act (FACTA) as well as both the Fair Debt Collection Practices Act (FDCPA), and the Telephone Consumer Protection Act (TCPA).

Since 2007,

5.      I have been an active member of the National Association of Consumer Advocates (NACA) since 2007. Additionally, I am a sponsor of Florida Workers' Advocates (FWA) and Workers' Injury Litigation Group (WILG), the state and federal associations for attorneys representing injured workers.

6.      The Florida Bar for continuing legal education as well as the Florida Bar Board of Legal Specialization and Education have also certified me as an instructor since 1989.

7.      I am a certified Arbitrator for both binding and non-binding arbitration cases.

8.      I am a frequent lecturer for Effective Mediation Consultants Advance Mediation seminars offered throughout the state of Florida.

9.      I have been a guest lecturer on numerous topics for The Longshore Institute, The Loyola Univ. (New Orleans) School of Law Annual Longshore Act Conference, The Florida Bar Workers' Compensation Section, The Annual Claims Manager's Conference sponsored by WCCP, The Florida Workers' Compensation Institute's

(FWCI) annual conference and for The Florida Bar Association continuing legal education, and the past two years for the WILG national conferences. on the topic of defending medical debt related to accidents and injuries occurring in the workplace.

10.    I previously have been a frequent guest and sponsor of the Community News and Review radio program for WINX 940 – Miami (also heard on iHeart Radio).

11.    I was a guest columnist for the Palm Beach Post on consumer affairs for a number of years.

12.    I frequently appeared in the South Florida Business Journal, the South Florida Sun Sentinel, WPTV (NBC affiliate) and WPEC-TV (CBS affiliate) – in West Palm Beach, as a consumer advocate and expert on debt and credit related issues

13.    I regularly attend legal seminars hosted by the National Consumer Law Center (NCLC), including the following:

> *National Consumer Law Center, 17th Annual Consumer Rights Litigation Conference (2008)*
>
> *National Consumer Law Center, Fair Debt Collection Training Conference (2009)*
>
> *National Association of Consumer Advocates, Fair Credit Reporting Act Conference (2009)*
>
> *National Consumer Law Center, 18th Annual Consumer Rights Litigation Conference (2009)*
>
> *National Consumer Law Center, Fair Debt Collection Training Conference (2010)*

*National Consumer Law Center, 19th Annual Consumer Rights Litigation Conference (2010)*

*National Consumer Law Center, 20th Annual Consumer Rights Litigation Conference (2011)*

*National Consumer Law Center, 21st Annual Consumer Rights Litigation Conference (2012)*

*National Consumer Law Center 22nd Annual Consumer Rights Litigation Conference (2013)*

*National Consumer Law Center, Fair Debt Collection Training Conference (2014)*

*National Consumer Law Center 23rd Annual Consumer Rights Litigation Conference (2014)[1]*

14.     I have attended the Florida Workers' Compensation Institute's (FWCI) annual conference in Orlando, FL every year since 1984 and have spoken numerous times on various topics involving the practice of law, mediation and most recently on medical bills received by claimants covered under the Florida Workers' Compensation Act.

15.     I am generally regarded by my peers as one of the leading authorities in the State of Florida with respect to the Florida Workers' Compensation Law, Fair and Accurate Credit Transactions Act (FACTA), the Fair Debt Collection Practices Act, and the FCCPA as well as an expert in the area of credit restoration.

16. I have been involved as the lead attorney in many landmark legal decisions including <u>FCCI Fund (FEISCO) v. Cayce's Excavation,</u>

Inc. (conclusively defines the term "navigable waters" for determination of all Florida workers' compensation claims) and Palm Springs General Hospital v. Cabrera, (the first case to apply the Expert Medical Advisor (EMA) after the 1994 Statutory changes to Section 440 - the Florida Workers' Compensation Act).

For my work in this matter, my fee is $475.00 per hour. This rate is well within the market rate for attorneys who have the level of experience that I have. Though I submit however, that there are few, if any, attorneys locally let alone nationally with the expertise and background in the dual areas of both Florida Workers' Comp and Consumer Law, the cornerstones of this action. Other courts in this District have held these fees to be reasonable. *See, e.g., Hoyos v. James E. Albertelli, P.A.*, No. 17-24515-CIV-MOORE (S.D. Fla. Feb. 27, 2019) (awarding Scott Owens, my co-counsel in numerous other matters including Kottler v Gulf Coast Collection Bureau, Inc. 0:19-cv-61190-BLOOM/Valle (S.D. Fla.) $500.00 per hour). And *Greenwald v Frost-Arnett Company*, 0:19-cv-62751- ALTMAN (S.D. Fla. Feb 22,2021) awarding me $450.00 per hour.

17.    In this case, I expended 84.7 hours, which, at the rate of $475.00 per hour equals $40,232.50. My fees in this case were incurred as outlined in the attached detailed time records done in accordance with the ABA billing guidelines:

Executed at Delray Beach, Florida, on Friday, August 29, 2025.

/s/ Paul A. Herman
Paul Herman, Esq. (FBN 405175)
Consumer Advocates Law Group, PLLC
4801 Linton Blvd., Ste. 11A-560
Delray Beach, FL 33445
Tel: 561-236-8851
Fax: 561-431-2352
paul@consumeradvocatelaw.com