# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  6:23-cv-01780-RBD-DCI

ABDUL CRAWFORD,

      Plaintiff,

v.

NORTH AMERICAN CREDIT
SERVICES INC,

      Defendant.
_____/

# DECLARATION OF ATTORNEY THOMAS PATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

In support of Plaintiff's Motion for Attorney's Fees, I, Thomas Patti, Esq., make the following statement:

1. My name is Thomas J. Patti. I am a member in good standing of the Bars of the following Courts:

    a.    Supreme Court of Florida
          Tallahassee, Florida
          Admitted September 21, 2015

    b.    United States District Court for the Southern District of Florida
          Miami, Florida
          Admitted December 02, 2015

    c.    United States District Court for the Middle District of Florida
          Tampa, Florida
          Admitted March 14, 2016

      d.      United States District Court for the Northern District of Florida
               Pensacola, Florida
               Admitted March 11, 2019

2. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Marketing and Management on May 23, 2011. I graduated law school *magna cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3. Since September of 2015, I have practiced predominantly in the Southern District of Florida, wherein I litigated consumer protection cases on behalf of plaintiffs. In so doing, I have operated as the lead counsel in hundreds of individual consumer protection cases in both the Southern District and Middle District of Florida, as well as served as co-counsel in class actions certified in the same.

4. In May 2022, with Victor Zabaleta, Esq., I joined the reformed Patti Zabaleta Law Group ("PZLG") as a partner.

5. I am an active member of the National Association of Consumer Advocates.

6. I am co-lead counsel for Plaintiff in this action.

7. I am the managing partner of PZLG.

8. I am a named and equitable partner of PZLG.

9. I have expended a total of 35.4 hours in this matter. My contemporaneously kept time records reflecting my services is attached as Exhibit "" to Plaintiff's Motion for Attorney's Fees.

10. In 2017, in <u>Lee v. McCarthy</u>, Southern District of Florida, Case 0:17-cv-60471-JJO, I was awarded an hourly rate of $325.00 by Judge O'Sullivan as counsel for the plaintiff. The case involved a novel individual action against the McCarthy collection firm for its failure to register, and thereafter maintain, a valid consumer collection agency license with the Florida Department of State in violation of the Fair Debt Collection Practices Act. Judge O'Sullivan found the rate of $325.00 per hour to be reasonable for my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location. In awarding attorney's fees, Judge O'Sullivan found pre-suit investigative time I expended to be compensable at an hourly rate of $325.00.

11. In 2019, in <u>Greenwald v. Frost-Arnett Company</u>, Southern District of Florida, Case 0:19-cv-62751-RKA, I was awarded an hourly rate of $375.00 by Judge Hunt as counsel for the plaintiff. The case involved an individual action against Frost-Arnett Company ("Frost"), whereby Frost sought to collect a debt arising from the treatment of a workplace injury from Greenwald, the injured employee, in violation of the Fair Debt Collection Practices Act. Judge Hunt found a rate of $375.00 per hour to be reasonable for my professional services based in part

on my experience, expertise in consumer protection, and relevant geographical location. Judge Hunt found the additional three (3) years of experience warranted an upward adjustment in my contested hourly rate.

12. In 2023, in <u>Bair v. Central Florida Health Inc</u>, 5th Judicial Circuit, in and for Sumter County, Florida, Case 2022-CC-000706, I was awarded an hourly rate of $500.00 by Judge Militello as counsel for plaintiff. The case involved an individual action against Central Florida Health ("CFH"), whereby CFH sought to collect a debt arising from the treatment of a workplace injury from Bair, the injured employee, in violation of the Florida Consumer Collection Practices Act. Judge Militello found the rate of $500.00 per hour to be reasonable for my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location.

13. In 2023, in <u>Bynes v. RGS Financial Inc</u>, Southern District of Florida, Case 1:22-cv-22967-BB, I was awarded an hourly rate of $575.00 by Judge Bloom. My hourly rate was $575.00, which was not contested by RGS Financial Inc ("RGS"). The case involved a novel class action, of which was resolved on an individual basis, for RGS's unlawful shortening of the minimum validation period required by 12 C.F.R. § 1006.34(b)(5) in violation of the Fair Debt Collection Practices Act. Judge Bloom found the rate of $575.00 per hour to be reasonable for

my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location.

14. With nearly a decade of experience representing consumers in both novel and complex consumer protection matters, both individually and in class actions, my current hourly rate is $650.00. In this matter, however, I am seeking a reduced hourly rate of $450.00, which is a reasonable in light of the geographical location and the results achieved in this complex case involving the interplay between the Fair Debt Collection Practices Act and the worker's compensation laws of Florida.

15. The lodestar calculation of attorney's fees for my time expended is $15,930.00 (35.4 hours multiplied by $450.00/hour).

16. These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Thomas J. Patti, declare under penalty of perjury that the foregoing statements are true.

Executed, in Fort Lauderdale, Florida.

DATED: August 29, 2025

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:  Tom@pzlg.legal
**PATTI ZABALETA LAW GROUP**

110 SE 6th Street, 17th Floor  
Fort Lauderdale, Florida 33301  
Phone:    561-542-8550

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  6:23-cv-01780-RBD-DCI

ABDUL CRAWFORD,

     Plaintiff,

v.

NORTH AMERICAN CREDIT
SERVICES INC,

     Defendant.
_____/

**DECLARATION OF ATTORNEY THOMAS PATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

In support of Plaintiff's Motion for Attorney's Fees, I, Thomas Patti, Esq., make the following statement:

1. My name is Thomas J. Patti. I am a member in good standing of the Bars of the following Courts:

    a.    Supreme Court of Florida
           Tallahassee, Florida
           Admitted September 21, 2015

    b.    United States District Court for the Southern District of Florida
           Miami, Florida
           Admitted December 02, 2015

    c.    United States District Court for the Middle District of Florida
           Tampa, Florida
           Admitted March 14, 2016

      d.      United States District Court for the Northern District of Florida
               Pensacola, Florida
               Admitted March 11, 2019

2. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Marketing and Management on May 23, 2011. I graduated law school *magna cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3. Since September of 2015, I have practiced predominantly in the Southern District of Florida, wherein I litigated consumer protection cases on behalf of plaintiffs. In so doing, I have operated as the lead counsel in hundreds of individual consumer protection cases in both the Southern District and Middle District of Florida, as well as served as co-counsel in class actions certified in the same.

4. In May 2022, with Victor Zabaleta, Esq., I joined the reformed Patti Zabaleta Law Group ("PZLG") as a partner.

5. I am an active member of the National Association of Consumer Advocates.

6. I am co-lead counsel for Plaintiff in this action.

7. I am the managing partner of PZLG.

8. I am a named and equitable partner of PZLG.

9. I have expended a total of 35.4 hours in this matter. My contemporaneously kept time records reflecting my services is attached as Exhibit "▊" to Plaintiff's Motion for Attorney's Fees.

10. In 2017, in <u>Lee v. McCarthy</u>, Southern District of Florida, Case 0:17-cv-60471-JJO, I was awarded an hourly rate of $325.00 by Judge O'Sullivan as counsel for the plaintiff. The case involved a novel individual action against the McCarthy collection firm for its failure to register, and thereafter maintain, a valid consumer collection agency license with the Florida Department of State in violation of the Fair Debt Collection Practices Act. Judge O'Sullivan found the rate of $325.00 per hour to be reasonable for my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location. In awarding attorney's fees, Judge O'Sullivan found pre-suit investigative time I expended to be compensable at an hourly rate of $325.00.

11. In 2019, in <u>Greenwald v. Frost-Arnett Company</u>, Southern District of Florida, Case 0:19-cv-62751-RKA, I was awarded an hourly rate of $375.00 by Judge Hunt as counsel for the plaintiff. The case involved an individual action against Frost-Arnett Company ("Frost"), whereby Frost sought to collect a debt arising from the treatment of a workplace injury from Greenwald, the injured employee, in violation of the Fair Debt Collection Practices Act. Judge Hunt found a rate of $375.00 per hour to be reasonable for my professional services based in part

on my experience, expertise in consumer protection, and relevant geographical location. Judge Hunt found the additional three (3) years of experience warranted an upward adjustment in my contested hourly rate.

12. In 2023, in <u>Bair v. Central Florida Health Inc</u>, 5th Judicial Circuit, in and for Sumter County, Florida, Case 2022-CC-000706, I was awarded an hourly rate of $500.00 by Judge Militello as counsel for plaintiff. The case involved an individual action against Central Florida Health ("CFH"), whereby CFH sought to collect a debt arising from the treatment of a workplace injury from Bair, the injured employee, in violation of the Florida Consumer Collection Practices Act. Judge Militello found the rate of $500.00 per hour to be reasonable for my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location.

13. In 2023, in <u>Bynes v. RGS Financial Inc</u>, Southern District of Florida, Case 1:22-cv-22967-BB, I was awarded an hourly rate of $575.00 by Judge Bloom. My hourly rate was $575.00, which was not contested by RGS Financial Inc ("RGS"). The case involved a novel class action, of which was resolved on an individual basis, for RGS's unlawful shortening of the minimum validation period required by 12 C.F.R. § 1006.34(b)(5) in violation of the Fair Debt Collection Practices Act. Judge Bloom found the rate of $575.00 per hour to be reasonable for

my professional services based in part on my experience, expertise in consumer protection, and relevant geographical location.

14. With nearly a decade of experience representing consumers in both novel and complex consumer protection matters, both individually and in class actions, my current hourly rate is $650.00. In this matter, however, I am seeking a reduced hourly rate of $450.00, which is a reasonable in light of the geographical location and the results achieved in this complex case involving the interplay between the Fair Debt Collection Practices Act and the worker's compensation laws of Florida.

15. The lodestar calculation of attorney's fees for my time expended is $15,930.00 (35.4 hours multiplied by $450.00/hour).

16. These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Thomas J. Patti, declare under penalty of perjury that the foregoing statements are true.

Executed, in Fort Lauderdale, Florida.

DATED: August 29, 2025

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:  Tom@pzlg.legal
**PATTI ZABALETA LAW GROUP**

110 SE 6th Street, 17th Floor  
Fort Lauderdale, Florida 33301  
Phone: 561-542-8550