# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  6:23-cv-01780-RBD-DCI

**ABDUL CRAWFORD,**

      Plaintiff,

v.

**NORTH AMERICAN CREDIT SERVICES INC,**

      Defendant.

_____/

**DECLARATION OF PARALEGAL BRADFORD RYSER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

In support of Plaintiff's Motion for Attorney's Fees, I, Bradford Ryser, make the following statement:

1. My name is Bradford L. Ryser. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Science in Psychobiology 2011, graduating *Suma Cum Laude*.

2. I attended Temple University's Lewis Katz School of Medicine in 2013-2014, completing the Advanced Core in Medical Sciences (ACMS) Post Baccalaureate Program.

3. In August 2023, I was hired by the Patti Zabaleta Law Group ("PZLG") as a Paralegal.

Page **1** of **2**

4. In May of 2024 I completed a Notary course with the National Notary Association (NNA) and was granted a commission as a Notary in the State of Florida.

5. I have expended a total of 3.7 hours in this matter. My contemporaneously kept time records reflecting my services is attached as Exhibit "___" to Plaintiff's Motion for Attorney's Fees.

6. The lodestar calculation of fees for my time expended is $1,800.00 (3.7 hours multiplied by $150.00/hour).

7. These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Bradford L. Ryser, declare under penalty of perjury that the foregoing statements are true.

Executed, in Fort Lauderdale, Florida.

DATED: August 29, 2025

Respectfully Submitted,

 /s/ Bradford Ryser
**Bradford L. Ryser**
**PARALEAGL**
E-mail:  Brad@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33309