# EXHIBIT G

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### Case No. 6:23-cv-01780-RBD-DCI

**ABDUL CRAWFORD,**

    Plaintiff,

v.

**NORTH AMERICAN CREDIT SERVICES INC**,

    Defendants.

_____/

### ITEMIZATION OF COSTS

| Costs | Amount |
|---|---|
| 30(b)(6) Deposition Transcript Fee | $1012.8 |
| Court Reporter Fee for 30(b)(6) deposition | $235.00 |
| Copy of Transcript Fee (Plaintiff's Deposition) | $488.50 |
| Service of Process | $132.60 |
| Filing Fee | $315.00 |
| **Total** | $2183.9 |

 **Gmail**  Thomas Patti <tom@pzlg.legal>

## Filing Received

**noreply@myflcourtaccess.com** <noreply@myflcourtaccess.com>  Thu, Jul 6, 2023 at 6:07 PM

Dear Victor Zabaleta:

This email verifies the receipt of 4 documents submitted by you to Orange County Civil on 07/06/2023 06:07:18 PM.

| | |
|---|---|
| UCN: | |
| Clerk Case #: | NEW CASE |
| Case Style: | Abdul Crawford VS North American Credit Services Inc |
| Document Title: | Civil Cover Sheet<br>Complaint<br>Request<br>Proposed Summons to be Issued by Clerk |
| Matter #: | |
| Memo: | |
| Filing Fee: | $300.00 |
| Additional Fee: | $10.00 |
| Complaints and Statement of Claim Complaint: | $0.00 |
| Discovery Request: | $0.00 |
| Service Documents Proposed Summons to be Issued by Clerk: | $0.00 |
| Statutory Convenience Fee: | $5.00 |
| Total Fee: | $315.00 |
| Fee Status: | Assessed |
| Paid By: | Pay by Check |
| Order #: | 8268470 |
| Financial ID: | 4103805 |

The E-Portal reference number of this filing is: 176864797. Please reference this Filing # in any correspondence.

You will receive a follow-up email when your filing has been docketed with the Clerk. You, as the filer are responsible for fee payment. If there are any issues with payment processing, you will be contacted by the Civitek Banking Department.

This is a non-monitored email. Do not reply directly to it. If you have any questions about this filing please contact the Orange County Civil division.

[Quoted text hidden]