UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDUL CRAWFORD,

      **Plaintiff,**

v.                                Case No:  6:23-cv-1780-RBD-DCI

NORTH AMERICAN CREDIT
SERVICES, INC.,

      **Defendant.**

### ORDER

This cause comes before the Court on Plaintiff's Motion for Attorney's Fees and Costs. Doc. 78 (the Fee Motion) and Defendant's unopposed motion to stay the Court's consideration of the Fee Motion pending appeal.  Doc. 80 (the Motion to Stay).  As will be explained, the Motion to Stay (Doc. 80) is due to be **GRANTED in part** and the Fee Motion is due to be **DENIED without prejudice**.  Doc. 78.

On October 16, 2024, the Court entered an order granting Plaintiff's Motion for Summary Judgment.  Doc. 56.  Defendant subsequently filed a Notice of Appeal of the Court's summary judgment order.  Doc. 67.  Defendant also filed an unopposed motion to stay execution of final judgment and determination of fees pending the appeal; the Court granted that motion.  Docs. 69, 70.  The Eleventh Circuit issued its opinion and mandate affirming the Court's summary judgment order (Docs. 74, 75), after which Plaintiff filed its motion for attorney fees and costs.  Doc. 78.  Then, Defendant filed an unopposed motion seeking a further stay of the Court's consideration of Plaintiff's entitlement to attorney fees and costs.  Doc. 80.  In the Motion to Stay, Defendant explains that it "has been authorized to draft and file a Petition for Writ of Certiorari with the

United States Supreme Court to address the [Eleventh Circuit Opinion issued in this case]." Doc. 80 at 2.  In the certificate of conferral, Defendant represents that counsel for Plaintiff "does not oppose . . . the request to continue the Stay pending the conclusion of the appeal[.]" *Id.* at 2-3.

Determination of the pending appeal, regardless of the outcome, may affect consideration of the issues of attorney fees and costs.  As such, the Court finds it appropriate to await the outcome of the resolution of the pending appeal before addressing any motions concerning attorney fees and costs.  *See* Fed. R. Civ. P. 54, Advisory Committee Notes (1993 Amendments) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.); *see also Universal Physician Servs., LLC v. Del Zotto*, 2020 WL 888604, at *1 (M.D. Fla. Feb. 4, 2020) (recommending motion for attorney fees and costs be denied without prejudice and with leave to re-file after entry of the appellate court's mandate), *report and recommendation adopted by* 2020 WL 886867 (M.D. Fla. Feb. 24, 2020); *Am. Infoage, LLC v. Regions Bank*, 2015 WL 5915969, at *2 (M.D. Fla. Oct. 8, 2015) (denying motion for attorney fees and expenses without prejudice and with leave to re-file after entry of appellate court's mandate or dismissal); *The Indigo Room, Inc. v. City of Fort Myers*, 2014 WL 1174355, at *1 (M.D. Fla. Mar. 21, 2014) (denying motion for attorney fees and costs without prejudice and with leave to re-file after entry of appellate' courts mandate); *Southern-Owners Ins. Co. v. Wall 2 Walls Constr., LLC*, 2013 WL 6893254, at *1 (M.D. Fla. Dec. 21, 2013) (same).  To be sure, "courts routinely defer ruling on motions for attorney's fees and costs pending appeal in the interest of judicial economy." *See Pinto v. Rambosk*, 2021 WL 4263404, at *2 (M.D. Fla. Sep. 20, 2021); *see also Truesdell v. Thomas*, 2016 WL 7049252, at *2 (M.D. Fla. Dec. 5, 2016) (collecting cases).

Accordingly, it is **ORDERED** that the Motion to Stay (Doc. 80) is **GRANTED in part** to the extent that the Fee Motion (Doc. 78) is **DENIED without prejudice** pending final resolution of the appeal of this case via writ of certiorari to the United States Supreme Court.

Within 21 days of the final resolution of the appeal (whether by denial of the writ, affirmance, or otherwise), Plaintiff must renew the request for attorney fees, file a notice stating that fees have been requested from another court or are not being sought, or file a motion requesting an extension or other relief.

**ORDERED** in Orlando, Florida on October 7, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE