**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABDUL CRAWFORD,

     Plaintiff,

v.                                           Case No. 6:23-cv-1780-RBD-DCI

NORTH AMERICAN CREDIT
SERVICES, INC.,

     Defendant.

_____

**<u>ORDER</u>**

In this Fair Debt Collection Practices Act case, the Court granted summary judgment in favor of Plaintiff (Doc. 56) and entered a final judgment for $1,001.00 (Doc. 62). Defendant appealed (Doc. 67) and moved to stay execution of the final judgment (Doc. 69). So the Court granted the stay and ordered Defendant to deposit $3,503.39 into the registry as security. (Doc. 70.) Now, with the Court's judgment affirmed on appeal (Doc. 74) and final judgment fully executed (Doc. 87), Defendant moves for the release of funds deposited in the registry. (Doc. 86 ("Defendant's Motion").) As these events transpired, Plaintiff passed away. (Doc. 83.) So Plaintiff's estate filed a suggestion of death and moves to substitute the executor, Lisa Jackson Crawford. (Doc. 83 ("Plaintiff's Motion").) Neither motion is opposed. (*See* Docs. 83, 86.) On referral, U.S. Magistrate Judge

Daniel C. Irick entered a Report and Recommendation submitting that the Court should grant both motions. (Doc. 91 ("R&R").) The parties jointly filed a Notice of Non-Objection (Doc. 92), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.  The R&R (Doc. 91) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.  Plaintiff's Motion (Doc. 83) is **GRANTED**. The Clerk is **DIRECTED** to amend the case caption to substitute Lisa Jackson Crawford, as personal representative of the estate of Abdul Crawford, in place of Abdul Crawford as the named Plaintiff in this case.

3.  Defendant's Motion (Doc. 86) is **GRANTED**.

    a.  The Clerk is **DIRECTED** to issue a check drawn on the Court registry in the amount of $3,503.39, together with any accrued interest, made payable to Plaintiff's counsel, provided that the Clerk determines there are no outstanding court costs to be paid.

    b.  The Clerk is **DIRECTED** to transmit the check to: Paul Herman, Esq., of the Consumer Advocates Law Group, PLLC, at

2

4801 Linton Blvd., Ste. 11A-560, Delray Beach, FL 33445-6503.

4.     The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 25, 2026.

ROY B. DALTON, JR.
United States District Judge

3